

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

UNITED STATES OF AMERICA

v.

Case No. 3:07CR00001

KEVIN ALFRED STROM

## MOTION TO INTERVENE

Comes now John Justice, next friend of the defendant, Kevin Alfred Strom, and respectfully moves this Honorable Court pursuant to Rule 24 to allow him to intervene in the instant case and file his cross-complaint, a copy of which is attached.

Respectfully submitted,

John Justice, in propria persona
1699 South 55th Ave
Cicero, Illinois 60804
708-656-3250

## CERTIFICATE OF SERVICE

I, John Justice, a non-attorney, certify that on March 12, 2008, I sent the foregoing to the Clerk of the Court by overnight courier, served counsel of record at the addresses below by United States Postal Service, and sent courtesy copies to the Magistrate and to the Judge.

Andrea L. Harris
Asst. Federal Public Defender
401 E. Market Street, Ste. 106
Charlottesville, VA 22902

William F. Gould,
Asst. United States Attorney
255 W. Main Street, Rm 130
Charlottesville, VA 22902